UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MANELSKI and JENNIFER MANELSKI, Plaintiffs, | |
| v. | Case No.: 3:05CV1742 (CFD) |
| TOWN OF DARIEN, DARIEN ZONING BOARD OF APPEALS and ITS MEMBERS, RICHARD SANFORD, GARY GREENE, ALFRED TIBBETS, JEFFREY WILLIAMS and RAMSAY BELL, Defendants. | DECEMBER 7, 2006 |

## STIPULATION OF DISMISSAL

Plaintiffs Denis Manelski and Jennifer Manelski and defendant Town of Darien, Darien Zoning Board of Appeals, et al, by the undersigned counsel, hereby file a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(ii). The parties hereby agree that this case be dismissed with prejudice to its refiling, each party to pay its own costs. This case is not a class action; receiver has not been appointed in this action; this case is not governed by any federal statute that requires an order of the court for a dismissal of the case; and plaintiffs have not dismissed an action based on or including the same claims as those presented in this suit.

PLAINTIFFS,
DENIS MANELSKI
JENNIFER MANELSKI

By _____
William F. Haslun (CT02660)
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, Connecticut 06830
Telephone No.: (203) 661-6000
Fax No.: (203) 661-9462
E-mail: chaslun@ibolaw.com


DEFENDANTS,
TOWN OF DARIEN, DARIEN ZONING
BOARD OF APPEALS and ITS MEMBERS,
RICHARD SANFORD, GARY GREENE,
ALFRED TIBBETS, JEFFREY WILLIAMS and
RAMSAY BELL

By _____
Stephen P. Fogerty, Esq.
Halloran & Sage
215 Post Road, West
Westport, CT 06880
Telephone No.: (203) 227-2855
Fax No.: (203) 227-6992
E-mail: **forgerty@halloran-sage.com**

## CERTIFICATION

This is to certify that on this __7th__ day of December, 2006, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

James D'Alton Murphy, Esq.
Gregory & Adams, P.C.
190 Old Ridgefield Road
Wilton, CT 06897

John Wayne Fox, Esq.
John J. Louizos, Esq.
Patricia M. Gaug, Esq.
Curtis, Brinckerhoff & Barrett
666 Summer Street
Stamford, CT 06901

Edward T. Krumeich, Esq.
William I. Haslun, Esq.
Ivey, Barnum & O'Mara LLC
170 Mason Street
Greenwich, CT 06830

_____
Stephen P. Fogerty, Esq.
Halloran & Sage
215 Post Road, West
Westport, CT 06880
Telephone No.: (203) 227-2855
Fax No.: (203) 227-6992
**E-mail:** forgerty@halloran-sage.com